**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TENNESSEE

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Perfection Auto Refinish, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-5248341** |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1836 Vanderhorn Drive**<br>**Memphis, TN 38134** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Shelby** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)    **https://www.perfectionrefinish.com/**

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Perfection Auto Refinish, LLC**

Name

Case number (*if known*)

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor   **Perfection Auto Refinish, LLC**
Name                                                                 Case number (*if known*)

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | _____ | Relationship _____ |
| District | _____ When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

███ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Perfection Auto Refinish, LLC**

Name                                          Case number (*if known*)

| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Perfection Auto Refinish, LLC**
Name

Case number (*if known*) _____

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 22, 2024**
MM / DD / YYYY

**X** **/s/ Jeffrey S. McCraw**
Signature of authorized representative of debtor

**Jeffrey S. McCraw**
Printed name

Title   **President**

---

**18. Signature of attorney**

**X** **/s/ Michael P. Coury**
Signature of attorney for debtor

Date   **July 22, 2024**
MM / DD / YYYY

**Michael P. Coury**
Printed name

**GLANKLER BROWN PLLC**
Firm name

**6000 Poplar Ave**
**Suite 400**
**Memphis, TN 38119**
Number, Street, City, State & ZIP Code

Contact phone   **901-525-1322**   Email address   **mcoury@glankler.com**

**Tennessee #7002 TN**
Bar number and State

---

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Perfection Auto Refinish, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TENNESSEE** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Amsterdam Capital Group 150 Worth Avenue, Ste 224 Palm Beach, FL 33480** | | **Loan** | **Disputed** | | | **$61,830.00** |
| **Arrow Alignment and Calibration LLC 1826 Vanderhorn Drive Memphis, TN 38134** | | **Loan** | | | | **$19,000.00** |
| **Bank Tennessee 1125 W. Poplar Collierville, TN 38017** | | **Loan** | | | | **$44,500.00** |
| **Capybara Capital LLC 6501 Congress Avenue, Ste 340 Boca Raton, FL 33487** | | **Loan** | **Disputed** | | | **$54,437.00** |
| **Caymus Funding, Inc 3550 George Busbee Pkwy. NW Suite 225 Kennesaw, GA 30144** | | **Loan** | **Disputed** | | | **$50,688.00** |
| **Chef To Go 1825 Vanderhorn Drive Memphis, TN 38134** | | **Loan** | | | | **$25,000.00** |
| **Danny Cabe Sumrall 2249 Shrewsbury Run East Collierville, TN 38017** | | **Loan** | | | | **$41,000.00** |

| Debtor | **Perfection Auto Refinish, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **EBF Holdings, LLC dba Everest Business Funding 102 W. 38th Street 6th Floor New York, NY 10018** | | **Loan** | **Disputed** | | | **$28,697.00** |
| **Empire Auto Parts 3868 Logistics Way Bldg C, Ste 504 Antioch, TN 37013** | | **Goods and/or Services** | | | | **$29,685.70** |
| **Fox Business Funding 803 S. 21st Avenue Hollywood, FL 33020** | | **Loan** | **Disputed** | | | **$15,808.00** |
| **Jeff McCraw 2568 Union Avenue Memphis, TN 38112** | | **Loan** | | | | **$135,000.00** |
| **Jim Keras Chevrolet P.O. Box 280809 Memphis, TN 38168** | | **Goods and/or Services** | | | | **$21,329.90** |
| **Jim Keras Nissan P.O. Box 280809 Memphis, TN 38168** | | **Goods and/or Services** | | | | **$14,228.85** |
| **Keystone Automotive 1493 Triplet Boulevard Akron, OH 44306** | | **Goods and/or Services** | | | | **$23,414.29** |
| **Landers Toyota 10825 Colonel Glenn Road Little Rock, AR 72204** | | **Goods and/or Services** | | | | **$12,817.32** |
| **Mike Warr d/b/a NOBS 438 Winton PLace Memphis, TN 38117** | | **Loan** | | | | **$46,000.00** |
| **ProBilling P.O. Box 2222 Decatur, AL 35609** | | **Goods and/or Services** | | | | **$72,430.20** |
| **Sherwin Williams 5711 Mt. Moriah Extended Memphis, TN 38115** | | **Goods and/or Services** | | | | **$65,000.00** |
| **Whitney Fullerton 845 Bowen Circle Memphis, TN 38122** | | **Loan** | | | | **$14,000.00** |

Debtor    **Perfection Auto Refinish, LLC**
_____
Name

Case number *(if known)*    _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wolfchase Honda 2956 North Germantown Road Memphis, TN 38133** | | **Goods and/or Services** | | | | **$13,106.88** |

1-800 Radiator
Regional Distribution Center
Kansas City, KS 66103

All Star Auto Lights
P.O. Box 628754
Orlando, FL 32862-8754

Amarok
P.O. Box 60089
Charlotte, NC 28260

Amsterdam Capital Group
150 Worth Avenue, Ste 224
Palm Beach, FL 33480

Arrow Alignment and Calibration LLC
1826 Vanderhorn Drive
Memphis, TN 38134

Austein Mechanical Contractors
3321 Winbrook
Memphis, TN 38116

Auto Nation Ford
P.O. Box 731674
Dallas, TX 75373-1674

Auto Nation Nissan
P.O. Box 7311674
Dallas, TX 75373-1674

Auto Zone
1770 Sycamore View
Memphis, TN 38134

Automotive Fasteners of Memphis
P.O. Box 250514
Memphis, TN 38124

Bank Tennessee
1125 W. Poplar
Collierville, TN 38017

Body Panels Co.
2282 Whitten Road
Memphis, TN 38113

Capybara Capital LLC
6501 Congress Avenue, Ste 340
Boca Raton, FL 33487

Caymus Funding, Inc
3550 George Busbee Pkwy. NW
Suite 225
Kennesaw, GA 30144

CCC Information Services
8059 Innovation Way
Chicago, IL 60682

Chef To Go
1825 Vanderhorn Drive
Memphis, TN 38134

Compressed Air Tech
P.O. Box 180459
Richland, MS 39218

Cougar Chemical
P.O Box 180459
Memphis, TN 38118

Danny Cabe Sumrall
2249 Shrewsbury Run East
Collierville, TN 38017

Door Pro
1957 Vanderhorn Drive
Memphis, TN 38134

EBF Holdings, LLC dba
Everest Business Funding
102 W. 38th Street
6th Floor
New York, NY 10018

Empire Auto Parts
3868 Logistics Way
Bldg C, Ste 504
Antioch, TN 37013

Fox Business Funding
803 S. 21st Avenue
Hollywood, FL 33020

Grainger
1150 W. Grove Parkway
Suite 101
Tempe, AZ 85283

Headlamps America
P.O. Box 7775
#26661
San Francisco, CA 94120

Headlights Depot
P.O. Box 670414
Dallas, TX 75267-0414

Insouth Bank
5299 Poplar Avenue
Memphis, TN 38119

Interstate Billing
2114 Veterans Drive
Decatur, AL 35601

Jeff McCraw
2568 Union Avenue
Memphis, TN 38112

Jim Keras Chevrolet
P.O. Box 280809
Memphis, TN 38168

Jim Keras Nissan
P.O. Box 280809
Memphis, TN 38168

Jim Keras Subaru
P.O. Box 280809
Memphis, TN 38168

Karn Automotive Products, Inc.
3271 Commercial Parkway
Memphis, TN 38116

Keystone Automotive
1493 Triplet Boulevard
Akron, OH 44306

Landers CDJR
10825 Colonel Glenn Road
Little Rock, AR 72204

Landers Kia
10825 Colonel Glenn Road
Little Rock, AR 72204

Landers Toyota
10825 Colonel Glenn Road
Little Rock, AR 72204

Lexus of Memphis
2600 Ridgeway Road
Memphis, TN 38119

LKQ
4640 Hickory Hill Road
Memphis, TN 38141

Mark Meehan


MemFi Networks LLC
4515 Poplar Avenue
Suite 501
Memphis, TN 38117

Mercedes of Memphis
5389 Poplar Avenue
Memphis, TN 38119

Mid-South Sales, LLC
243 CR 414
Jonesboro, AR 72404

Mike Warr d/b/a NOBS
438 Winton PLace
Memphis, TN 38117

Napa Auto Parts
5275 Summer Avenue
Memphis, TN 38122

NexAir
P.O. Box 125
Memphis, TN 38101

Norma Pilcher
5980 Steeplechase Drive
Memphis, TN 38134

O'Reilly Auto Parts
3320 Summar Avenue
Memphis, TN 38122

Original One Auto Parts
P.O. Box 671404
Dallas, TX 75267-1404

Ozark Fluid Power
10801 Otter Creek East Boulevard
Mabelvale, AR 72103

ProBilling
P.O. Box 2222
Decatur, AL 35609

Pure Water Partners
P.O. Box 24445
Seattle, WA 98124-0445

Republic Services
3840 Homewood Road
Memphis, TN 38118

Royal Auto Lights
775 Ash Street
Suite 100
Canton, GA 30114

S&S Tire
P.O. Box 734028
Chicago, IL 60673

Safety Kleen
42 Longwater Drive
Pine Meadow, CT 06061

Sherwin Williams
5711 Mt. Moriah Extended
Memphis, TN 38115

State Systems
1861 Vanderhorn Drive
Memphis, TN 38134

Synchrony Bank
P.O. Box 71711
Philadelphia, PA 19176

Volvo Cars Memphis
7910 Trinity Road
Cordova, TN 38018

Wheel Workz
4765 American Way
Memphis, TN 38118

Whitney Fullerton
845 Bowen Circle
Memphis, TN 38122

Wolfchase Honda
2956 North Germantown Road
Memphis, TN 38133

Wood, Smith & Ellzey, CPAs, PLLC
1039 Oakhaven Road
Memphis, TN 38119

# United States Bankruptcy Court
## Western District of Tennessee

In re   **Perfection Auto Refinish, LLC**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Perfection Auto Refinish, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 22, 2024**

Date

**/s/ Michael P. Coury**

**Michael P. Coury**

Signature of Attorney or Litigant

Counsel for   **Perfection Auto Refinish, LLC**

**GLANKLER BROWN PLLC**

**6000 Poplar Ave**
**Suite 400**
**Memphis, TN 38119**
**901-525-1322 Fax:901-525-2389**
**mcoury@glankler.com**